RANDEM, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Crawford & Crawford* of Superior.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Philadelphia & Reading Coal Company and Employers Liability Assurance Corporation: *Hanitch, Johnson, Fritschler & Barstow* of Superior.

*By the Court.*—Judgment affirmed.

*January 7, 1941.*

KIRCHNER (SARAH), Respondent, vs. FAIRMONT ICE CREAM COMPANY and another, Appellants.

For the appellants: *Bouck, Hilton & Dempsey* of Oshkosh.

For the respondent: *J. E. O'Brien* of Fond du Lac, and *William J. Geenen* of Appleton.

*By the Court.*—Judgment affirmed.